Jeannine R. Idrissa (N.J. Bar No. 026682003)
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALDER HAYWOOD, <br><br> Plaintiff, <br><br> vs. <br><br> SABERT CORPORATION <br><br> Defendant. | Case No. 3:17-cv-00813 (PGS) (TJB) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff Alder Haywood and Defendant Sabert Corporation, that the above captioned action shall be and is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

| **KOLLER LAW** | **LITTLER MENDELSON, P.C.** |
|---|---|
| By: *David M. Koller* <br> David Koller, Esq. <br> 2043 Locust Street, Suite 1B <br> Philadelphia, PA 19103 <br> (215) 545-8917 <br> Attorneys for Plaintiff | By: *Jeannine Idrissa* <br> Jeannine Idrissa, Esq. <br> One Newark Center, 8th Floor <br> Newark, New Jersey 07102 <br> (973) 848-4700 <br> Attorneys for Defendant |

Firmwide:150388991.1 063762.1004

SO ORDERED: *[signature]*
DATED: 12/4/17